KUUKU MINNAH-DONKOH
KMINNAHDONKOH@GSRM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

July 10, 2024

**VIA ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** *Alexander Gomez v. Adelina Ademaj Realty, LLC and Bella Pizza of Bronx, Inc.*
    1:24-cv-01924

Dear Judge Torres:

  This firm represents defendants Adelina Ademaj Realty, LLC, and Bella Pizza of Bronx, Inc. (together, "Defendants"), in connection with the above-referenced matter.

  We write, together with counsel for plaintiff, to advise the Court that the parties in this matter have reached a settlement in principle, subject to memorializing the terms of the settlement in writing. Accordingly, the parties respectfully request that the Court discontinue the action without costs to any party and without prejudice to restoring the action to the Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 9, 2024.

  The parties thank the Court for its time and attention to this submission.

            Respectfully Submitted,

            /s/ *Kuuku Minnah-Donkoh*
            Kuuku Minnah-Donkoh
            One Battery Park Plaza, 28th Floor
            New York, New York 10004
            Telephone: (212) 269 5500
            kminnahdonkoh@grsm.com

CC:     All Counsel of Record (*via* ECF)